**Order entered July 18, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00467-CR

**ESTEVAN RENDON LARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76060-M**

## ORDER

Before the Court is court reporter Yolanda Atkins's July 17, 2017 request for an additional thirty days in which to file the reporter's record. In her request, Ms. Atkins states her computer has crashed and disabled her court reporting software, requiring her to send her computer out for repairs. We **GRANT** Ms. Atkins's request and **ORDER** the reporter's record filed within thirty days of the date of this order.

/s/   ADA BROWN
        JUSTICE